JOHN S. HARRIS v. MARY HARRIS, ET. AL.

In appealing from a decree of a Court of Probate appointing or refusing to appoint a guardian for several persons, the appellant may appeal from the decree as far as relates to one or more of such persons without appealing from the entire decree, but, in such case, if the decree is rendered upon separate applications in behalf of each person embraced in it, a separate appeal and bond must be filed in reference to each person intended to be embraced in the appeal.

THIS was an appeal from a decree of the Municipal Court of Providence. The decree was rendered upon the joint application of Mary A. Harris and John Harris, children of John S. Harris, minors, upwards of fourteen years of age, stating that they had chosen Walter W. Updike to be their guardian, and requesting the Court to approve of their choice and appoint the said Walter W.

Updike to be guardian of their persons and estates ; and, also, on the application of James B. Harris, praying that said Walter W. Updike might be appointed the guardian of the person and estate of Harriet W. Harris, a minor, under fourteen years of age, a daughter of said John S. Harris. After hearing the parties, the said Court decreed as follows : " The said election by said Mary A. Harris, is now approved by this Court, and said Walter W. Updike is appointed guardian of the persons and estates of said Mary A. Harris and Harriet W. Harris, minors ; the said guardian before entering upon said trusts, to give separate bonds according to law, in the sum of three hundred dollars each, with William M. Rodman and Franklin Richmond, both of said Providence, as sureties. And said application, so far as the same relates to the approval of a guardian of the person and estate of the said John Harris, is dismissed." . From this decree, so far as related to the appointment of a guardian of Mary A. Harris and Harriet W. Harris, the said John S. Harris appealed, embracing both cases in a single appeal and filing but one appeal bond.

The Court were of the opinion that petitions by or on behalf of two or more, might be embraced in a single application to the Probate Court for the appointment of a guardian, and that the judgments of the Court upon these several petitions, and also upon a separate application made in connection with them for the appointment of the same guardian, like the two applications in the present case, might be embraced in a single decree, and that in appealing from such a decree the appellant might confine his appeal to so much of the decree as related to one or more of the petitioners without appealing from

the entire decree, but that, where the appeal was from the decision of the Court upon two distinct applications, a separate appeal must be taken and a separate appeal bond filed in reference to each. Whether in case of an appeal from a decision in reference to two persons whose petitions were embraced in one application, a separate appeal and bond was required as to each person, the Court did not decide though they intimated that such was their opinion.

*Appeal dismissed.*